FILED
CLERK, U.S. DISTRICT COURT
10/29/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00508-JAK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Cocaine Base in the Form of Crack Cocaine] |
| CYNTHIA DIANE MCINTYRE, aka "Diana," aka "Diane," | |
| Defendant. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. "Skid Row" was an area of downtown Los Angeles, which was marked by the density of tent encampments on public sidewalks covering more than 50 blocks of the downtown area. Skid Row has historically contained one of the largest populations of homeless people in the United States.

2. Amongst the homeless population in Skid Row, there have been historic and prevalent drug use and accompanying mental health issues.

3. Defendant CYNTHIA DIANE MCINTYRE, also known as ("aka") "Diana," aka "Diane," resided outside of Skid Row and traveled to Skid Row in order to engage in the conduct alleged in this Indictment.

4. These Introductory Allegations are incorporated into each count of this Indictment.

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 7, 2019, in Los Angeles County, within the Central District of California, defendant CYNTHIA DIANE MCINTYRE, also known as ("aka") "Diana," aka "Diane," knowingly and intentionally distributed cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 5, 2019, in Los Angeles County, within the Central District of California, defendant CYNTHIA DIANE MCINTYRE, also known as ("aka") "Diana," aka "Diane," knowingly and intentionally distributed cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

                    /S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANNA P. FARIAS-EISNER
Assistant United States Attorney
General Crimes Section